**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6031**

_____

HILTON LAWRENCE BROWN,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
98-3925-CCB)

_____

Submitted: March 11, 1999        Decided: March 18, 1999

_____

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Hilton Lawrence Brown, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Hilton Lawrence Brown appeals the district court's order dismissing his complaint without prejudice. This court may generally exercise jurisdiction only over final orders. See 28 U.S.C. § 1291 (1994). Because Brown may be able to save this action by amending his complaint, the district court's order is not an appealable final order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993) (holding that a dismissal without prejudice is not reviewable unless the reasons stated for the dismissal clearly disclose that no amendment to the complaint could cure its defects). We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED